IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

VINCENT J. PONDER                    )
                                     )          No. 3-11-1117
v.                                   )
                                     )
CHENEGA GLOBAL SERVICES, LLC         )


O R D E R

On March 22, 2012, defendant's counsel notified the Court that the parties had reached a settlement in this case.

As a result, the defendant is relieved of its obligation to file a notice of citizenship as provided in the order entered March 16, 2012 (Docket Entry No. 12), and the telephone conference call, scheduled by order entered January 17, 2012 (Docket Entry No. 9), on May 4, 2012, is CANCELLED.

By April 2, 2012, the parties shall file an agreed order of dismissal.

The Clerk is directed to forward the file in this case to the Honorable Todd J. Campbell, Chief Judge, for his consideration of the parties' agreed order of dismissal to be filed by April 2, 2012.[1]

Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By order entered January 25, 2012 (Docket Entry No. 11), the pretrial conference and trial were scheduled on May 6, 2013, and May 14, 2013, respectively.